IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD ALLEN HAMMONDS, | : | Civil Action No. 4:13-CV-1470 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE RELIGIOUS ACCOMODAION (sic) COMMITTEE AT CAMP HILL, FRANK LEWIS, *Facility Prison Chaplain at SCI Fayette*, STEPHEN BUZAS, *Unit Manager at SCI Fayette,* BRIAN COLEMAN, *Superintendent at SCI Fayette,* | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

July 9 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough June 12, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. No objections have been filed.

Because this Court agrees with Judge Schwab's thorough analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt

the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full. June 12, 2013, ECF No. 10

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is GRANTED. May 31, 2013, ECF No. 2.

3. Plaintiff's Motion for Temporary Restraining Order is DENIED. May 31, 2013, ECF No. 3.

4. The action is dismissed without prejudice for plaintiff to exhaust his administrative remedies.

5. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge